# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2014

## NO. 03-12-00801-CV

**Robertson County; Our Land, Our Lives (RCOLOL); and Roy Henrichson, Appellants**

**v.**

**Texas Commission on Environmental Quality and
Oak Grove Management Company, LLC, Appellees**

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on October 23, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.